## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES *v.* HOUSING AUTHORITY OF THE TOWN OF LITCHFIELD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 117 Conn. App. 30 (AC 29269), is granted, limited to the following issue:

"Did the Appellate Court properly determine that a complainant may intervene as of right in a judicial proceeding initiated by the plaintiff, the commission on human rights and opportunities, pursuant to General Statutes § 46a-83?"

The Supreme Court docket number is SC 18487.

*Joshua A. Hawks-Ladds,* in support of the petition.

*Michelle Dumas Keuler* and *Kevin J. Brophy,* in opposition.

Decided November 10, 2009

## ELIZABETH GOULET ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF CHESHIRE

The plaintiffs' petition for certification for appeal from the Appellate Court, 117 Conn. App. 333 (AC 29524), is denied.

*Michael Broderick III,* in support of the petition.

*Brian A. Lema,* in opposition.